**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Winstead's Company

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  48-0955744

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3100 Gillham Road<br>Kansas City, MO 64109<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jackson<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

| Debtor | Winstead's Company | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | Haddad Restaurant Group, Inc. | Relationship | Common ownership |
|---|---|---|---|---|
| | District | Kansas | When 2/24/20 | Case number, if known 20-20282 |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

| Debtor | Winstead's Company | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| Debtor | Winstead's Company | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 23, 2020
                MM / DD / YYYY

**X** /s/ David Haddad            David Haddad
   Signature of authorized representative of debtor     Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Colin Gotham         Date February 23, 2020
   Signature of attorney for debtor                MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone (913) 962-8700    Email address   cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Fill in this information to identify the case:

Debtor name: Winstead's Company
United States Bankruptcy Court for the: DISTRICT OF KANSAS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Missouri Dept of Revenue<br>Taxation Division<br>PO Box 385<br>Jefferson City, MO 65105-0385 | | Taxes | | | | $146,209.77 |
| Valley Oaks Steak Company LLC<br>1120 NW Eagle Ridge Blvd<br>Ste A<br>Grain Valley, MO 64029 | | Business debt | | | | $83,176.18 |
| US Foods Inc<br>16805 College Blvd<br>Lenexa, KS 66219 | | Business debt | | | | $62,415.77 |
| G&I VIII Oak Park East LLC<br>PO Box 505314<br>Saint Louis, MO 63150 | | Business debt | | | | $56,269.56 |
| LAG Investments<br>XXX | | Business debt | | | | $53,822.55 |
| Spirit Master Funding X LLC<br>2727 North Harwood St<br>Ste 300<br>Dallas, TX 75201 | | Business debt | | | | $38,264.80 |
| Metcalf 91 Blb LLC<br>Block & Co Inc Realtors<br>605 W 47th St Ste 200<br>Kansas City, MO 64112 | | Business debt | | | | $26,750.19 |

| Debtor | Winstead's Company | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Belfonte Dist Co<br>1625 Cleveland<br>Kansas City, MO 64127 | | Business debt | | | | $21,335.33 |
| EFH Capital Management Inc<br>c/o Edward F Halpin CPA<br>12608 Fairway Road<br>Leawood, KS 66209 | | Business debt | | | | $18,750.00 |
| Temp Con Inc<br>15670 S Keeler<br>Olathe, KS 66062 | | Business debt | | | | $15,158.60 |
| Trimark<br>PO Box 6939<br>Carol Stream, IL 60197 | | Business debt | | | | $12,468.17 |
| KCMO City Treasurer<br>PO Box 804107<br>Kansas City, MO 64180 | | Business debt | | | | $12,229.53 |
| SBN Reo LLC<br>c/o The Tiehen Group<br>3401 College Blvd Ste 250<br>Leawood, KS 66211 | | Business debt | | | | $10,040.00 |
| Brenton Law Group PA<br>13232 Craig St<br>Overland Park, KS 66213 | | Business debt | | | | $8,700.00 |
| Kansas City Area Transport Authority<br>Finance Dept<br>1200 E 18th St<br>Kansas City, MO 64108 | | Business debt | | | | $8,490.00 |
| Hovey Williams LLP<br>10801 Mastin Blvd Ste 1000<br>84 Corporate Woods<br>PO Box 9201<br>Overland Park, KS 66210 | | Business debt | | | | $7,829.00 |
| Ambrosi Bros Cutlery Co<br>3023 Main<br>Kansas City, MO 64108 | | Business debt | | | | $4,854.43 |

| Debtor | Winstead's Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Roma Bakery Inc<br>3351 NE Chouteau Trfwy<br>Kansas City, MO 64117 | | Business debt | | | | $4,206.55 |
| Mies Wholesale Meats Inc<br>PO Box 7351<br>North Kansas City, MO 64116 | | Business debt | | | | $3,030.74 |
| Waste Management<br>PO Box 55558<br>Boston, MA 02205 | | Business debt | | | | $2,777.08 |

A Lot A Clean
PO Box 284
Lees Summit MO 64063


Ace Imagewear
4120 E. Truman Road
Kansas City MO 64127


Ambrosi Bros Cutlery Co
3023 Main
Kansas City MO 64108


American Floor Care
7910 Rycket St
Lenexa KS 66219


AT&T
PO Box 5001
Carol Stream IL 60197


Belfonte Dist Co
1625 Cleveland
Kansas City MO 64127


Brenton Law Group PA
13232 Craig St
Overland Park KS 66213


Chris Mahler
6610 W. 63rd Terr Apt D
Overland Park KS 66212


Citizens Bank & Trust
7553 NW Barry Road
Kansas City MO 64153


CVB Inc Water Dr STJO
PO Box 3060
Saint Joseph MO 64503


Darling Ingredients Inc
PO Box 554885
Detroit MI 48255

Eagle Products Inc
87 Shawnee Avenue
Kansas City KS 66105


EFH Capital Management Inc
c/o Edward F Halpin CPA
12608 Fairway Road
Leawood KS 66209


Entertainment Experts LLC
5655 Gray St
Arvada CO 80002


Evergy
PO Box 219330
Kansas City MO 64121


Ferguson Enterprises Inc #215
PO Box 847411
Dallas TX 75284


Forte KC LLC
7200 Wornall Road
Kansas City MO 64114


G&I VIII Oak Park East LLC
PO Box 505314
Saint Louis MO 63150


Gardian CL Central
Lockbox #233209
3209 Momentum Place
Chicago IL 60689


General Parts LLC
MI 10
PO Box 9201
Minneapolis MN 55480


Herzog Financial Solutions
9300 W 125th St
Overland Park KS 66213

```
Hovey Williams LLP
10801 Mastin Blvd Ste 1000
84 Corporate Woods
PO Box 9201
Overland Park KS 66210


Johnson County Wastewater
11811 S. Sunset Dr, Ste. 2500
Olathe KS 66061


Kansas City Area Transport
Authority
Finance Dept
1200 E 18th St
Kansas City MO 64108


Kansas Gas Service
PO Box 219046
Kansas City MO 64121


KCMO City Treasurer
PO Box 804107
Kansas City MO 64180


Keller Fire & Safety Inc
1138 Kansas Avenue
Kansas City KS 66105


Klemp Electric Mach Co
739 Central
Kansas City KS 66101


Kousy I Alani
10218 Knox
Grain Valley MO 64029


LAG Investments
XXX


Metcalf 91 Blb LLC
Block & Co Inc Realtors
605 W 47th St Ste 200
Kansas City MO 64112
```

Midwest Equipment Co Inc
2511 Cassen Drive
Overland Park KS 66212


Midwest Restaurant Supply
PO Box 1263
2705 W Hwy 30
Grand Island NE 68802


Mies Wholesale Meats Inc
PO Box 7351
North Kansas City MO 64116


Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City MO 65105-0385


Mood Media
PO Box 71070
Charlotte NC 28272


Moroney Landscape
8424 Tomahawk Road
Overland Park KS 66207


NUCO2 LLC
PO Box 417902
Boston MA 02241


Overland Park Mechanical Co
16088 Foster
Overland Park KS 66085


Prime Market Services Inc
8714 E. 16th St
Kansas City MO 64126


Retail Data Systems of KC
11505 W. 79th St
Lenexa KS 66214


Roma Bakery Inc
3351 NE Chouteau Trfwy
Kansas City MO 64117

Ronnoco Coffee LLC
PO Box 797029
Saint Louis MO 63179


Rouse Frets White Goss
Gentile & Rhodes PC
4510 Belleview Ave Ste 300
Kansas City MO 64111


SBN Reo LLC
c/o The Tiehen Group
3401 College Blvd Ste 250
Leawood KS 66211


Schendel Pest Services Inc
1035 SE Quincy
Overland Park KS 66212


Smithereen Pest Management Sev
7400 N Melvina
Niles IL 60714


Southern Services Co
PO Box 16885
Raytown MO 64133


Spirit Master Funding X LLC
2727 North Harwood St
Ste 300
Dallas TX 75201


Temp Con Inc
15670 S Keeler
Olathe KS 66062


Trimark
PO Box 6939
Carol Stream IL 60197


Triton Window Cleaning
6400 W 110th St Ste 103
Leawood KS 66211

US Foods Inc
16805 College Blvd
Lenexa KS 66219


Valley Oaks Steak Company LLC
1120 NW Eagle Ridge Blvd
Ste A
Grain Valley MO 64029


Vanbooven Tree Care
PO Box 9377
Mission KS 66201


Waste Management
PO Box 55558
Boston MA 02205


Water District No 1 JoCo
PO Box 808007
Kansas City MO 64180


Watts Up
9320 Johnson Drive
Merriam KS 66203

In re  Winstead's Company

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Winstead's Company  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 23, 2020

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant
Counsel for  Winstead's Company

Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com