# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $3,400.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   Citizen's Bank | Checking | 4236 | $3,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $6,400.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 25,000.00 | - | 0.00 | =.... | $25,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$25,000.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

| 15.1. | Subsidiary - Siebers Meat Company | 100 % | N/A | Unknown |

| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

**17.    Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Food | 2/19/20 | $23,930.00 | Cost | $23,920.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>Operating supplies | | $8,319.00 | Cost | $8,319.00 |

| 23. | **Total of Part 5.** | | $32,239.00 |
|---|---|---|---|

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    24,000.00    Valuation method    Cos    Current Value    24,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture | $0.00 | Resale | $1,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment | $0.00 | Resale | $500.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.   Misc. Artwork | $0.00 | Resale | $500.00 |

| 43. | **Total of Part 7.** | | $2,000.00 |
|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  101 Emanuel Cleaver II Blvd, Kansas City, MO 64112 Restaurant - Plaza Winstead's | Lessee of Real Property | $0.00 | | $0.00 |
| 55.2.  10711 Roe, Overland Park, KS 66211 Restaurant - Roe Winstead's | Lessee of Real Property | $0.00 | | $0.00 |
| 55.3.  4971 W. 135th St, Leawood, KS 66224 Restaurant - Leawood Winstead's | Lessee of Real Property | $0.00 | | $0.00 |

56.      **Total of Part 9.**                                                                              | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademark | $0.00 | | Unknown |
| 61. **Internet domain names and websites** Website | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** Business licenses | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Recipes | $0.00 | | $0.00 |
| 65. **Goodwill** Goodwill | $0.00 | | Unknown |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

| See attached | 0.00 | - | 0.00 | = | $0.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

| |
|---:|
| $0.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $32,239.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $65,639.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $65,639.00 |

*Related Party     Acct. Recievables*

**INTERCOMPANY BALANCES   DR/(CR) - HRG**
**2019**

| Account Number | | Final 12/25/2019 |
|---|---|---|
| **Winstead's:** | | |
| 1305 | Accounts Rec - HRG | 3,246,262.18 |
| 1335 | Accounts Rec - Nabil Haddad | 954,849.36 |
| 1365 | Accounts Rec - Timbercreek | 428,819.23 |
| 1385 | Note Rec - Nabil Haddad | 488,550.36 |
| | | 5,118,481.13 |
| 2085 | Due to Nabil Haddad | (771,804.85) |
| | | (771,804.85) |
| | | |
| **HRG:** | | |
| 1365 | Accounts Rec - Timbercreek | 4,513.21 |
| 1370 | Accounts Rec - El Torreon | 26,000.00 |
| 1385 | Notes Rec - Nabil Haddad | 102,837.33 |
| | | 133,350.54 |
| 2055 | Due to WW | (3,246,262.18) |
| 2085 | Due to Nabil Haddad | (1,708,732.03) |
| 2610 | Due to WRI | (143,000.00) |
| | | (5,097,994.21) |

S:\Mary T\Worksheets for 2019 Audit WWC.xlsx

**Fill in this information to identify the case:**

Debtor name    Winstead's Company

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    20-20288

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1**   American Express | Describe debtor's property that is subject to a lien | $201,281.00 | $0.00 |
| Creditor's Name | Credit Card Receipts | | |
| Merchant Financing 200 Vesey St New York, NY 10285 | | | |
| Creditor's mailing address | Describe the lien | | |
| | Credit Card Receipts | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| 9/23/18 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| 1900 | **As of the petition filing date, the claim is:** Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | ■ Contingent | | |
| ■ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Disputed | | |
| **2.2**   Citizens Bank & Trust | Describe debtor's property that is subject to a lien | $635,000.00 | $0.00 |
| Creditor's Name | Business assets | | |
| 7553 NW Barry Road Kansas City, MO 64153 | | | |
| Creditor's mailing address | Describe the lien | | |
| | Blanket lien in assets | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| 4/2013 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| 2621 | **As of the petition filing date, the claim is:** Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $836,281.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
| | Johnson County Treasurer<br>111 South Cherry Street<br>Suite 1500<br>Olathe, KS 66061-3468 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Personal property taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,339.00 | $18,339.00 |
| | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,229.53 | $12,229.53 |
|---|---|---|---|---|

**KCMO City Treasurer**
PO Box 804107
Kansas City, MO 64180

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Business debt

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146,209.77 | $146,209.77 |
|---|---|---|---|---|

**Missouri Dept of Revenue**
**Taxation Division**
PO Box 385
Jefferson City, MO 65105-0385

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76.00 |
|---|---|---|---|

A Lot A Clean
PO Box 284
Lees Summit, MO 64063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,887.03 |
|---|---|---|---|

Ace Imagewear
4120 E. Truman Road
Kansas City, MO 64127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,854.43 |
|---|---|---|---|

Ambrosi Bros Cutlery Co
3023 Main
Kansas City, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

American Floor Care
7910 Rycket St
Lenexa, KS 66219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.16 |
|---|---|---|---|

AT&T
PO Box 5001
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,335.33 |
|---|---|---|---|

Belfonte Dist Co
1625 Cleveland
Kansas City, MO 64127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,700.00 |
|---|---|---|---|

Brenton Law Group PA
13232 Craig St
Overland Park, KS 66213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.44 |
|---|---|---|---|

Chris Mahler
6610 W. 93rd Terr Apt D
Overland Park, KS 66212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.89 |
|---|---|---|---|

CVB Inc Water Dr STJO
PO Box 3060
Saint Joseph, MO 64503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

Darling Ingredients Inc
PO Box 554885
Detroit, MI 48255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Winstead's Company | Case number (if known) | 20-20288 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.93 |
|---|---|---|---|
| | Eagle Products Inc<br>87 Shawnee Avenue<br>Kansas City, KS 66105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,750.00 |
|---|---|---|---|
| | EFH Capital Management Inc<br>c/o Edward F Halpin CPA<br>12608 Fairway Road<br>Leawood, KS 66209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|
| | Entertainment Experts LLC<br>5655 Gray St<br>Arvada, CO 80002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,572.91 |
|---|---|---|---|
| | Evergy<br>PO Box 219330<br>Kansas City, MO 64121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.26 |
|---|---|---|---|
| | Ferguson Enterprises Inc #215<br>PO Box 847411<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.35 |
|---|---|---|---|
| | Forte KC LLC<br>7200 Wornall Road<br>Kansas City, MO 64114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,269.56 |
|---|---|---|---|
| | G&I VIII Oak Park East LLC<br>PO Box 505314<br>Saint Louis, MO 63150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.25 |
|---|---|---|---|
| | Gardian CL Central<br>Lockbox #233209<br>3209 Momentum Place<br>Chicago, IL 60689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.81 |
|---|---|---|---|
| | General Parts LLC<br>MI 10<br>PO Box 9201<br>Minneapolis, MN 55480 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.50 |
|---|---|---|---|
| | Herzog Financial Solutions<br>9300 W 125th St<br>Overland Park, KS 66213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,829.00 |
|---|---|---|---|
| | Hovey Williams LLP<br>10801 Mastin Blvd Ste 1000<br>84 Corporate Woods<br>PO Box 9201<br>Overland Park, KS 66210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $753.07 |
|---|---|---|---|
| | Johnson County Wastewater<br>11811 S. Sunset Dr, Ste. 2500<br>Olathe, KS 66061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,490.00 |
|---|---|---|---|
| | Kansas City Area Transport<br>Authority<br>Finance Dept<br>1200 E 18th St<br>Kansas City, MO 64108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,058.76 |
|---|---|---|---|
| | Kansas Gas Service<br>PO Box 219046<br>Kansas City, MO 64121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $937.81 |
|---|---|---|---|
| | Keller Fire & Safety Inc<br>1138 Kansas Avenue<br>Kansas City, KS 66105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $404.10 |
|---|---|---|---|
| | Klemp Electric Mach Co<br>739 Central<br>Kansas City, KS 66101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $582.73 |
|---|---|---|---|
| | Kousy I Alani<br>10218 Knox<br>Grain Valley, MO 64029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,822.55 |
|---|---|---|---|
| | LAG Investments<br>3480 Ralston Avenue<br>Burlingame, CA 94010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,750.19 |
|---|---|---|---|
| | Metcalf 91 Blb LLC<br>Block & Co Inc Realtors<br>605 W 47th St Ste 200<br>Kansas City, MO 64112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115.65 |
|---|---|---|---|
| | Midwest Equipment Co Inc<br>2511 Cassen Drive<br>Overland Park, KS 66212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $495.16 |
|---|---|---|---|
| | Midwest Restaurant Supply<br>PO Box 1263<br>2705 W Hwy 30<br>Grand Island, NE 68802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,030.74 |
|------|---|---|---|

Mies Wholesale Meats Inc
PO Box 7351
North Kansas City, MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $839.02 |
|------|---|---|---|

Mood Media
PO Box 71070
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,188.00 |
|------|---|---|---|

Moroney Landscape
8424 Tomahawk Road
Overland Park, KS 66207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,345.72 |
|------|---|---|---|

NUCO2 LLC
PO Box 417902
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.06 |
|------|---|---|---|

Overland Park Mechanical Co
16088 Foster
Overland Park, KS 66085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.94 |
|------|---|---|---|

Prime Market Services Inc
8714 E. 16th St
Kansas City, MO 64126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,573.08 |
|------|---|---|---|

Retail Data Systems of KC
11505 W. 79th St
Lenexa, KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-20288    Doc# 37    Filed 03/04/20    Page 17 of 38

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,206.55 |
|---|---|---|---|

Roma Bakery Inc
3351 NE Chouteau Trfwy
Kansas City, MO 64117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,487.04 |
|---|---|---|---|

Ronnoco Coffee LLC
PO Box 797029
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $780.00 |
|---|---|---|---|

Rouse Frets White Goss
Gentile & Rhodes PC
4510 Belleview Ave Ste 300
Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $10,040.00 |
|---|---|---|---|

SBN Reo LLC
c/o The Tiehen Group
3401 College Blvd Ste 250
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $160.09 |
|---|---|---|---|

Schendel Pest Services Inc
1035 SE Quincy
Overland Park, KS 66212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $651.30 |
|---|---|---|---|

Smithereen Pest Management Sev
7400 N Melvina
Niles, IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,685.70 |
|---|---|---|---|

Southern Services Co
PO Box 16885
Raytown, MO 64133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,264.80 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**3.46**

Nonpriority creditor's name and mailing address

Spirit Master Funding X LLC
2727 North Harwood St
Ste 300
Dallas, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ☐ No ☐ Yes

**$38,264.80**

---

**3.47**

Nonpriority creditor's name and mailing address

Temp Con Inc
15670 S Keeler
Olathe, KS 66062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ☐ No ☐ Yes

**$15,158.60**

---

**3.48**

Nonpriority creditor's name and mailing address

Trimark
PO Box 6939
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$12,468.17**

---

**3.49**

Nonpriority creditor's name and mailing address

Triton Window Cleaning
6400 W 110th St Ste 103
Leawood, KS 66211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ☐ No ☐ Yes

**$85.00**

---

**3.50**

Nonpriority creditor's name and mailing address

US Foods Inc
16805 College Blvd
Lenexa, KS 66219

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ☐ No ☐ Yes

**$62,415.77**

---

**3.51**

Nonpriority creditor's name and mailing address

Valley Oaks Steak Company LLC
1120 NW Eagle Ridge Blvd
Ste A
Grain Valley, MO 64029

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$83,176.18**

---

**3.52**

Nonpriority creditor's name and mailing address

Vanbooven Tree Care
PO Box 9377
Mission, KS 66201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,777.08 |
|---|---|---|---|
| | Waste Management<br>PO Box 55558<br>Boston, MA 02205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.47 |
|---|---|---|---|
| | Water District No 1 JoCo<br>PO Box 808007<br>Kansas City, MO 64180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.68 |
|---|---|---|---|
| | Watts Up<br>9320 Johnson Drive<br>Merriam, KS 66203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Kansas Dept of Administration<br>Attn Director of Acct & Report<br>Landon State Ofc Bldg Rm 351S<br>900 SW Jackson<br>Topeka, KS 66612 | Line 2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | LAG Investments<br>c/o Jordan Taylor Haas<br>Smith Law Group PC<br>10620 Johnson Drive Ste 100<br>Shawnee, KS 66203 | Line 3.28<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 178,278.30 |
| **5b. Total claims from Part 2** | 5b. + | $ 472,423.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 650,702.16 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Plaza Winstead's | |
| | State the term remaining | | |
| | List the contract number of any government contract | | LAG Investments<br>3480 Ralston Avenue<br>Burlingame, CA 94010 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 135th St Winstead's | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Persepolis, LLC<br>1330 Windy HIll Road<br>Mc Lean, VA 22102 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Roe & 435 Winstead's | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Spirit Master Funding X LLC<br>2727 North Harwood St<br>Ste 300<br>Dallas, TX 75201 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Winstead's Company**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) **20-20288**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Haddad Restaurant Group Inc | 3100 Gillham Road Kansas City, MO 64109 | Citizens Bank & Trust | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 Nabil Haddad | 3100 Gillham Road Kansas City, MO 64109 | American Express | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 Nabil Haddad | 3100 Gillham Road Kansas City, MO 64109 | Citizens Bank & Trust | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 Nabil Haddad | 3100 Gillham Road Kansas City, MO 64109 | LAG Investments | ☐ D _____ <br> ■ E/F ___3.28___ <br> ☐ G _____ |

Debtor name   Winstead's Company

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   20-20288

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $     65,639.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $     65,639.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     836,281.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     178,278.30

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     472,423.86

4. **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b     $     1,486,983.16

Case 20-20288    Doc# 37    Filed 03/04/20    Page 23 of 38

Fill in this information to identify the case:

Debtor name    Winstead's Company

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   20-20288

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■   Amended *Schedule*   D, E/F
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 4, 2020     **X** /s/ David Haddad
                                  Signature of individual signing on behalf of debtor

                                    David Haddad
                                    Printed name

                                    President
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Winstead's Company

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    20-20288

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other _____ | $962,936.00 |
   | For prior year:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $6,294,487.00 |
   | For year before that:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $8,249,951.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   See attached | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Tamara Haddad<br>PO Box 2682<br>Lyons, CO 80540 | 2/13/19 -<br>2/24/20 | $9,170.00 | Website work |
| 4.2.   Nabil Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109<br>CEO | 2/13/19 -<br>2/24/20 | $84,550.00 | Rent |
| 4.3.   David Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109<br>President | 2/23/19 -<br>2/24/20 | $120,000.00 | Payroll |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Scavuzzo's<br>6550 Kansas Avenue<br>Kansas City, KS 66111 | Garnishment<br>Last 4 digits of account number: _____ | 1/2/20 | $70,123.47 |
| American Express<br>Merchant Financing<br>200 Vesey St<br>New York, NY 10285 | Setoff credit card receipts<br>Last 4 digits of account number: _____ | since 10/12/19 | $40,748.86 |

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Metcalf 91 BLB LLC v. Winstead's Company, et al. 1916-CV27820 | Breach of Lease | Jackson County Circuit Court 415 E. 12th St Kansas City, MO 64106 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. LAG Investments LLC v. Winstead's Company, et al. 2016-CV04272 | Rent and possession | Jackson County Circuit Court 415 E 12th Street Kansas City, MO 64106 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Evans & Mullinix, P.A.<br>7225 Renner Road, Suite 200<br>Shawnee, KS 66217 | Attorney Fees and filing fee | 2/20/20 | $11,717.00 |
| Email or website address<br>cgotham@emlawkc.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Haddad Restaurant 401(k) Savings Plan - in process of terminating | EIN:  43-1604936 |

Has the plan been terminated?

■ No

☐ Yes

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Edward Halpin<br>EFH Capital Management Inc<br>12608 Fairway Road<br>Leawood, KS 66209 | 1992 - present |
| 26a.2.    Deanna M Crouch | 8/29/11-4/20/18 |
| 26a.3.    Martha J Armenta | 10/9/18 - 11/7/18 |

| Name and address | Date of service From-To |
|---|---|
| 26a.4.    Carla S Gavin | 5/21/92-2/21/19 |
| 26a.5.    Sandra A Willis | 1/30/20-present |
| 26a.6.    Brenda J Holland | 1/5/15-present |
| 26a.7.    Mary M Tanner<br>3100 Gillham Road<br>Kansas City, MO 64109 | 1/1/83-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Citizens Bank & Trust<br>7553 NW Barry Road<br>Kansas City, MO 64153 |
| 26d.2.    Spirit Master Funding X LLC<br>2727 North Harwood St<br>Ste 300<br>Dallas, TX 75201 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nabil Haddad | 3100 Gillham Road<br>Kansas City, MO 64109 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| David Haddad | 3100 Gillham Road<br>Kansas City, MO 64109 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Samia Haddad | 3100 Gillham Road<br>Kansas City, MO 64109 | | 1% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|----------------------------------------------------|-------|-------------------------------|
| 30.1. | Tamara Haddad<br>PO Box 2682<br>Lyons, CO 80540 | $9,170.44 | 2/13/19-2/24/20 | Website work |
| | **Relationship to debtor** | | | |
| 30.2. | Nabil Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109 | $84,550.00 | 2/13/19-2/24/20 | Rent for 3100 Gillham Road, Kansas City, MO |
| | **Relationship to debtor**<br>CEO | | | |
| 30.3. | David Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109 | $120,000.00 | 2/23/19-2/24/20 | Payroll |
| | **Relationship to debtor**<br>President | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March  4, 2020

/s/ David Haddad                                                David Haddad
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# WINSTEAD'S STATEMENT OF FINANCIAL AFFAIRS #3

| Vendor: Name/Address | Check No. | Check Date | Amount |
|---|---|---|---|
| AETNA | | | |
| PO BOX 804735 | 883828 | 12/5/2019 | 16,133.05 |
| CHICAGO, IL 60680-4180 | 883992 | 1/9/2020 | 17,281.44 |
| | 884129 | 2/14/2020 | 12,154.98 |
| | | TOTAL | 45,569.47 |
| BELFONTE DIST CO - MILK | | | |
| 1625 CLEVELAND | 883807 | 11/27/2019 | 3,969.59 |
| KANSAS CITY, MO 64127 | 883831 | 12/5/2019 | 3,857.23 |
| | 883871 | 12/12/2019 | 4,071.32 |
| | 883896 | 12/19/2019 | 3,322.85 |
| | 883933 | 12/26/2019 | 4,433.46 |
| | 883954 | 1/2/2020 | 4,960.71 |
| | 883995 | 1/9/2020 | 3,917.56 |
| | 884027 | 1/16/2020 | 4,545.79 |
| | 884062 | 1/23/2020 | 4,187.27 |
| | 884076 | 1/30/2020 | 4,661.07 |
| | 884113 | 2/6/2020 | 5,567.70 |
| | 884133 | 2/14/2020 | 3,735.43 |
| | | TOTAL | 51,229.98 |
| BRENTON LAW GROUP, P.A. | | | |
| 13232 CRAIG STREET | 883832 | 12/5/2019 | 4,425.00 |
| OVERLAND PARK, KS 66213 | 884110 | 2/5/2020 | 5,100.00 |
| | | TOTAL | 9,525.00 |
| CITIZENS BANK & TRUST | | | |
| 7553 NW BARRY RD | 952505 | 11/27/2019 | 3,332.99 |
| KANSAS CITY, MO 64153 | 952602 | 12/26/2019 | 3,332.99 |
| | 952673 | 1/30/2020 | 3,332.99 |
| | | TOTAL | 9,998.97 |
| EVANS & MULLINIX, P.A. | | | |
| 7225 RENNER RD, STE 200 | 884171 | 2/19/2020 | 11,717.00 |
| SHAWNEE, KS 66217 | | | |
| | | TOTAL | 11,717.00 |
| TRIMARK | | | |
| PO BOX 6939 | 883801 | 11/26/2019 | 3,000.00 |
| CAROL STREAM, IL 60197-6939 | 883824 | 12/3/2019 | 5,000.00 |
| | 883825 | 12/3/2019 | 3,000.00 |
| | 883846 | 12/5/2019 | 5,000.00 |
| | 883866 | 12/9/2019 | 2,000.00 |
| | 883876 | 12/12/2019 | 5,000.00 |
| | 883891 | 12/17/2019 | 1,500.00 |
| | 883893 | 12/18/2019 | 1,000.00 |
| | 883910 | 12/19/2019 | 5,000.00 |
| | 883928 | 12/23/2019 | 1,000.00 |
| | 883950 | 12/30/2019 | 3,000.00 |
| | 883990 | 1/7/2020 | 3,000.00 |
| | 884023 | 1/14/2020 | 3,000.00 |
| | 884095 | 1/30/2020 | 3,000.00 |
| | 884111 | 2/5/2020 | 2,000.00 |
| | 884127 | 2/11/2020 | 3,000.00 |
| | 884172 | 2/19/2020 | 1,000.00 |
| | | TOTAL | 49,500.00 |
| KCMO WATER SERVICES DEPT | | | |
| PO BOX 807045 | 883850 | 12/5/2019 | 3,931.79 |
| KANSAS CITY, MO 64180-7045 | 884005 | 1/9/2020 | 3,865.38 |
| | 884123 | 2/7/2020 | 3,453.22 |

|  |  |  | TOTAL | 11,250.39 |
|---|---|---|---|---|
| **EVERGY** |  |  |  |  |
| PO BOX 219330 | 883879 | 12/12/2019 |  | 2,739.01 |
| KANSAS CITY, MO 64121-9330 | 883914 | 12/19/2019 |  | 1,742.34 |
|  | 883938 | 12/26/2019 |  | 1,198.79 |
|  | 884006 | 1/9/2020 |  | 2,829.93 |
|  | 884046 | 1/16/2020 |  | 1,720.90 |
|  | 884066 | 1/23/2020 |  | 1,207.85 |
|  | 884151 | 2/14/2020 |  | 2,572.91 |
|  |  | TOTAL |  | 14,011.73 |
| **LAG INVESTMENTS** |  |  |  |  |
| 3480 RALSTON AVE | ACH | 12/10/2019 |  | 16,000.00 |
| HILLSBOROUGH, CA 94010 | 884010 | 1/9/2020 |  | 16,000.00 |
|  | 884117 | 2/6/2020 |  | 16,000.00 |
|  |  | TOTAL |  | 48,000.00 |
| **MIES WHOLESALE MEATS INC** |  |  |  |  |
| PO BOX 7351 | 883814 | 11/27/2019 |  | 955.20 |
| NORTH KANSAS CITY, MO 64116 | 883854 | 12/5/2019 |  | 955.20 |
|  | 883884 | 12/12/2019 |  | 955.20 |
|  | 883919 | 12/19/2019 |  | 955.20 |
|  | 883941 | 12/26/2019 |  | 955.20 |
|  | 883978 | 1/2/2020 |  | 955.20 |
|  | 884012 | 1/9/2020 |  | 955.20 |
|  | 884049 | 1/16/2020 |  | 955.20 |
|  | 884067 | 1/23/2020 |  | 955.20 |
|  | 884100 | 1/30/2020 |  | 955.20 |
|  | 884157 | 2/14/2020 |  | 1,006.52 |
|  |  | TOTAL |  | 10,558.52 |
| **ROMA BAKERY** |  |  |  |  |
| 3351 NE CHOUTEAU TRAFFICWAY | 883820 | 11/27/2019 |  | 1,548.63 |
| KANSAS CITY, MO 64117 | 883861 | 12/5/2019 |  | 1,620.43 |
|  | 883886 | 12/12/2019 |  | 1,535.69 |
|  | 883922 | 12/19/2019 |  | 1,455.00 |
|  | 883946 | 12/26/2019 |  | 1,987.22 |
|  | 883984 | 1/2/2020 |  | 1,848.84 |
|  | 884015 | 1/9/2020 |  | 1,740.15 |
|  | 884054 | 1/16/2020 |  | 1,934.63 |
|  | 884070 | 1/23/2020 |  | 2,167.82 |
|  | 884105 | 1/30/2020 |  | 1,524.96 |
|  | 884120 | 2/6/2020 |  | 1,433.79 |
|  | 884162 | 2/14/2020 |  | 1,350.83 |
|  | 884173 | 2/21/2020 |  | 1,266.93 |
|  |  | TOTAL |  | 21,414.92 |
| **SCAVUZZO'S** |  |  |  |  |
| 6550 KANSAS AVE | Garnishment | 1/6/2020 |  | 60,303.64 |
| KANSAS CITY, KS 66111 |  |  |  |  |
|  |  | TOTAL |  | 60,303.64 |
| **USFOODS INC** |  |  |  |  |
| 16805 COLLEGE BLVD | 883802 | 11/26/2019 |  | 16,698.02 |
| LENEXA, KS 66219 | 883826 | 12/3/2019 |  | 18,336.60 |
|  | 883867 | 12/9/2019 |  | 5,655.91 |
|  | 883892 | 12/17/2019 |  | 13,983.68 |
|  | 883929 | 12/23/2019 |  | 23,398.07 |
|  | 883951 | 12/31/2019 |  | 19,713.21 |
|  | 884021 | 1/9/2020 |  | 24,161.31 |
|  | 884057 | 1/16/2020 |  | 22,627.97 |
|  | 884059 | 1/21/2020 |  | 25,242.20 |
|  | 884108 | 1/30/2020 |  | 22,936.69 |

| 884122 | 2/6/2020 | 15,775.70 |
| 884166 | 2/14/2020 | 16,111.40 |
| 884198 | 2/20/2020 | 14,614.97 |
| | TOTAL | 239,255.73 |
| | | |
| | GRAND TOTAL | 582,335.35 |

# United States Bankruptcy Court
## District of Kansas

In re    Winstead's Company                                  Case No.    20-20288

                                Debtor(s)                             Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due - subject to Court approval | $ | unknown |

2. $1,717.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 4, 2020
*Date*

     /s/ Colin Gotham
     Colin Gotham KS#19538; MO#52343
     *Signature of Attorney*
     Evans & Mullinix, P.A.
     7225 Renner Road, Suite 200
     Shawnee, KS 66217
     (913) 962-8700   Fax: (913) 962-8701
     cgotham@emlawkc.com
     *Name of law firm*

# United States Bankruptcy Court
## District of Kansas

In re    Winstead's Company                      Case No.    20-20288

                                  Debtor(s)          Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| David Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109 | | | 3% |
| Nabil Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109 | | | 96% |
| Samia Haddad<br>3100 Gillham Road<br>Kansas City, MO 64109 | | | 1% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 4, 2020                        Signature    /s/ David Haddad

                                                                David Haddad

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.